# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Orlando Cebrero-Guevara,<br>a.k.a.: Joel Orlando Cebreros Guevara,<br>a.k.a.: Joel Cebreros-Guevara,<br>a.k.a.: Orlando Cebreros,<br>(A 078 045 420)<br>*Defendant* | Case No. 16-6543MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 13, 2016, in the County of Coconino, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Orlando Cebrero-Guevara, an alien, was found in the United States of America at or near Flagstaff, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about June 7, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 21, 2016

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 13, 2016, Orlando Cebrero-Guevara was booked into the Coconino County Jail (CCJ) on local charges, in Flagstaff, Arizona. Flagstaff Police Officer Golding suspected Cebrero-Guevara to be illegally present in the United States, and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer D. Chavez telephonically interviewed Cebrero-Guevara and determined him to be a citizen of Mexico, illegally present in the United States. On the same date an immigration detainer was lodged with the CCJ. On December 19, 2016, Cebrero-Guevara was released from the CCJ and transported to the Phoenix ICE office for further investigation and processing. Cebrero-Guevara was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Orlando Cebrero-Guevara to be a citizen of Mexico and a previously deported criminal alien. Cebrero-Guevara was removed from the United States to Mexico through Brownsville, Texas, on or about June 7, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Cebrero-Guevara in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cebrero-Guevara's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Orlando Cebrero-Guevara was convicted of Re-Entry of Removed Alien, a felony offense, on or about July 2, 2012, in the United States District Court, District of Arizona. Cebrero-Guevara was sentenced to eighteen (18) months' imprisonment and three (3) years supervised release. Cebrero-Guevara's criminal history was matched to him by electronic fingerprint comparison.

5. On December 19, 2016, Orlando Cebrero-Guevara was advised of his constitutional rights. Cebrero-Guevara freely and willingly agreed to provide a statement under oath. Cebrero-Guevara stated that his true and complete name is Orlando Cebrero-Guevara and that he is a citizen of Mexico. Cebrero-Guevara stated that he illegally entered the United States in December of 2014, near Lukeville, Arizona, without

inspection by an immigration officer. Cebrero-Guevara further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about December 13, 2016, Orlando Cebrero-Guevara, an alien, was found in the United States of America, at or near Flagstaff, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about June 7, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 21st day of December, 2016.

_____
David K. Duncan,
United States Magistrate Judge